IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED VIDEO PROPERTIES, INC.,<br>and INDEX SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 11-1140 (KAJ) |
| v. | ) | |
| | ) | |
| HAIER GROUP CORP. and HAIER<br>AMERICA TRADING, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD AMENDED SCHEDULING ORDER

At Wilmington, this 10th day of March, 2014,

IT IS HEREBY ORDERED that:

1.     Pretrial Conference. The Pretrial Conference presently scheduled for

June 23, 2014 at 10:00 a.m. is hereby rescheduled to June 26, 2014. The Court will hold

a Final Pretrial Conference in Courtroom 2A with counsel beginning at 10:00 a.m.

Unless otherwise ordered by the Court, the parties should assume that filing the pretrial

order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure

26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with

the information required by the form of Final Pretrial Order on or before May 23, 2014.

2.     Motions *in Limine*. Motions *in limine* shall not be separately filed. All *in*

*limine* requests and responses shall be set forth in the proposed pretrial order. Each party

shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The

motion and response thereto shall contain the authorities relied upon, and no single *in limine* request shall have more than five pages of argument associated with it. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

3.    <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdicts and interrogatories three full business days before the final pretrial conference.

_____
Kent A. Jordan, Circuit Judge
Sitting by designation