IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED VIDEO PROPERTIES, INC., )
and INDEX SYSTEMS, INC., )
           )
           Plaintiffs, )
           )       Civil Action No. 11-1140 (KAJ)
       v. )
           )
HAIER GROUP CORP. and HAIER )
AMERICA TRADING, LLC, )
           )
           Defendants. )

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that

1. The motion for summary judgment of invalidity of United States Patent No.
6,701,523 filed by Haier Group Corp. and Haier America Trading, LLC (collectively,
"Haier") (Docket Item ["D.I."] 142) is granted in part and denied in part. The motion is
granted with respect to claims 11 and 12, and is denied in all other respects.

2. Haier's motion for summary judgment of invalidity of United States Patent No.
7,047,547 (D.I. 141) is denied.

3. Haier's motion for partial summary judgment limiting damages (D.I. 143) is
granted.

Circuit Judge Sitting by Designation

May 16, 2014
Wilmington, Delaware