

# YOUNG CONAWAY
# STARGATT & TAYLOR, LLP

*Attorneys at Law*

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

May 19, 2014

**BY CM/ECF AND HAND DELIVERY**
The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *United Video Properties and Index Systems, Inc. v. Haier Group Corporation, et al.*, C.A. No. 11-1140-KAJ

Dear Judge Jordan:

    I write on behalf of defendants, Haier Group Corporation and Haier America Trading, LLC (collectively "Haier") to notify the Court that Haier does not request any redactions to the May 16, 2014 Memorandum Opinion (D.I. 184) currently filed under seal.

                                  Respectfully submitted,

                                  /s/ *Monté T. Squire*

                                  Monté T. Squire (No. 4764)

cc:    Clerk of the Court – by CM/ECF
        All Counsel of Record – by E-Mail